UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WAYNE WILLIAM TUCKER,**

    **Plaintiff,**

**v.**                                          **Case No. 5:18cv96-TKW-HTC**

**MARK S. INCH, et al.,**

    **Defendants.**

_____/

# O R D E R

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 17). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation, I find no clear error in the magistrate judge's determinations that Plaintiff's First and Fourteenth Amendment claims fail to state a claim and that no legally cognizable claims are stated against Defendants Holland, Neel, and Kees.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is **ADOPTED** and incorporated by reference in this Order.

2. Plaintiff's First and Fourteenth Amendment claims are **DISMISSED** pursuant to 28 U.S.C. §1915A(b)(1) and §1915(e)(2)(B)(ii).

3. All claims against Defendants Holland, Neel, and Kees, are **DISMISSED**, and the Clerk shall terminate those defendants as parties.

4. The case is **REMANDED** to the magistrate judge for further proceedings on Plaintiff's Eighth Amendment claims against Defendants Inch, Pittman, Johnson, Rolac, Holden, and Haskett.

**DONE and ORDERED** this 9th day of September, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**